IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

ANTHONY WAGGONER,                              06-467-SU

         Plaintiff,                       ORDER

v.

STATE OF OREGON; MAX WILLIAMS,
Director, ODOC; STEVEN SHELTON,
Medical Director, ODOC; DAVID S.
COOK; MITCH MORROW,

         Defendants.


**TIMOTHY P. DUNN**
Timothy Dunn, Attorney at Law
4475 SW 185th Avenue
Aloha, OR 97007
(503) 649-6075

        Attorney for Plaintiff

**HARDY MYERS**
Attorney General
**LYNNE D. RENNICK**
Special Assistant Attorney General for the State of Oregon
130 S. Comstock, Suite 108
Sutherlin, OR 97479
(541) 459-5301

        Attorneys for Defendants


1  - ORDER

**BROWN, Judge.**

Magistrate Judge Patricia Sullivan issued Findings and Recommendation (#16) on April 11, 2007, in which she recommended this Court grant Defendants' Motion to Dismiss (#11) and dismiss this matter without prejudice.  The matter is now before this Court pursuant to 28 U.S.C. § 636(b)(1)(B) and Fed. R. Civ. P. 72(b).

Because no objections to the Magistrate Judge's Findings and Recommendation were timely filed, this Court is relieved of its obligation to review the record *de novo*.  *Britt v. Simi Valley Unified School Dist.*, 708 F.2d 452, 454 (9th Cir. 1983).  *See also Lorin Corp. v. Goto & Co.*, 700 F.2d 1202, 1206 (8th Cir. 1983).  Having reviewed the legal principles *de novo*, the Court does not find any error.

<u>**CONCLUSION**</u>

The Court **ADOPTS** Magistrate Judge Sullivan's Findings and Recommendation (#16).  Accordingly, the Court **GRANTS** Defendants' Motion to Dismiss (#11) and **DISMISSES** this matter **without prejudice.**

IT IS SO ORDERED.

DATED this 3rd day of May, 2007.

/s/ Anna J. Brown
ANNA J. BROWN
United States District Judge

2  - ORDER

3   -   ORDER